1  Bruce H. Jackson, State Bar No. 98118
   bruce.h.jackson@bakernet.com
2  Christopher Van Gundy, State Bar No. 152359
   christopher.vangundy@bakernet.com
3  Syma Ahmad, State Bar No. 236522
   syma.ahmad@bakernet.com
4  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 24th Floor
5  San Francisco, CA 94111
   Telephone: +1 415 576 3000
6  Facsimile: +1 415 576 3099

7  Attorneys for Plaintiff
   SUN VALLEY FLORAL FARMS, LLC

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN VALLEY FLORAL FARMS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ENNO OUDSHOORN, an individual; MIDIPRO, a French Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C-06-02296 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Original CMC Date: July 24, 2006<br><br>Requested New CMC Date:<br>           September 18, 2006<br>Time:      4:00 p.m.<br>Courtroom: 15<br>Before:    The Honorable Marilyn Hall Patel<br><br>[FILED VIA E-FILING] |

Baker & McKenzie LLP
Two Embarcadero Center
24th Floor
San Francisco, CA 94111
415 576 3000

SFODMS/6485360.1

Case No C-06-02296 MHP
STIP & ORDER CHANGING DATE OF CMC

1  WHEREAS, pursuant to the Clerk's Notice (Scheduling Case Management Conference in
2  Reassigned Case) dated April 18, 2006, a Case Management Conference was set for Monday
3  July 24, 2006 at 4:00 p.m., with a Joint Case Management Statement due ten days prior to the
4  Conference, on Friday, July 14, 2006;

5  WHEREAS, lead counsel for Plaintiff Sun Valley Floral Farms LLC ("Plaintiff Sun Valley")
6  will be out of the country on July 24, 2006 due to a pre-existing business engagement;

7  WHEREAS, Plaintiff Sun Valley and Defendants Enno Oudshoorn and Midipro
8  ("Defendants") agree to continue the date of the Case Management Conference from Monday,
9  July 24, 2006 at 4:00 p.m. to Monday, September 18, 2006 at 4:00 p.m. to enable lead counsel for
10 Plaintiff Sun Valley to attend the conference;

11 WHEREAS, the Parties further agree upon the following related deadlines:

12 The last day for the Parties to meet and confer pursuant to Fed.R.Civ. P. 26(f) shall be
13 August 25, 2006;

14 The Joint Case Management Conference Statement, Rule 26(f) Discovery Plan and exchange
15 of Initial Disclosures shall be due no later than September 8, 2006;

16 IT IS THEREFORE AGREED UPON AND STIPULATED AS FOLLOWS

17 1.   The date of the Case Management Conference is continued from Monday, July 24,
18 2006 at 4:00 p.m. to Monday, September 18, 2006, at 4:00 p.m.

19 2.   The last day for the Parties to meet and confer pursuant to Fed.R.Civ. P. 26(f) shall be
20 August 25, 2006;

21 3.   The Joint Case Management Conference Statement, Rule 26(f) Report
22 (Discovery Plan) and exchange of Initial Disclosures shall be due no later than September 8, 2006;

23 IT IS SO STIPULATED.

24 Dated: May 19, 2006

Bruce H. Jackson
Christopher Van Gundy
Syma Ahmad
**BAKER & McKENZIE LLP**

By: _____
Christopher Van Gundy
Attorneys for Plaintiff
SUN VALLEY FLORAL FARMS, LLC

Baker & McKenzie LLP
Two Embarcadero Center
24th Floor
San Francisco, CA 94111
415 576 3000

SFODMS/6485360.1

1

Case No C-06-02296 MHP
STIP & ORDER CHANGING DATE OF CMC

Dated: May 19, 2006

Ronald S. Kravitz
Mai M. Petersen
**LINER YANKELVITZ**
 **SUNSHINE & REGENSTREIF LLP**

By: _____
Mai M. Petersen
Attorneys for Defendants
ENNO OUDSHOORN and MIDIPRO

\* \* \* \* \*

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The date of the Case Management Conference is continued from Monday, July 24, 2006 at 4:00 p.m. to Monday, September 18, 2006, at 4:00 p.m.

2. The last day for the Parties to meet and confer pursuant to Fed.R.Civ. P. 26(f) shall be August 25, 2006;

3. The Joint Case Management Conference Statement, Rule 26(f) Report (Discovery Plan) and exchange of Initial Disclosures shall be due no later than September 8, 2006;

Dated: May 22, 2006

The Honorable Marilyn H. Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

Baker & McKenzie LLP
Two Embarcadero Center
24th Floor
San Francisco, CA 94111
415 576 3000

SFODMS/6485360.1

2

Case No C-06-02296 MHP
STIP & ORDER CHANGING DATE OF CMC