1  Bruce H. Jackson, State Bar No. 98118
     bruce.h.jackson@bakernet.com
2  Christopher Van Gundy, State Bar No. 152359
     christopher.vangundy@bakernet.com
3  Syma Ahmad, State Bar No. 236522
     syma.ahmad@bakernet.com
4  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 24th Floor
5  San Francisco, CA  94111
   Telephone: +1 415 576 3000
6  Facsimile:  +1 415 576 3099

7  Attorneys for Plaintiff
   SUN VALLEY FLORAL FARMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN VALLEY FLORAL FARMS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ENNO OUDSHOORN, an individual; MIDIPRO, a French Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.  C-06-02296 MHP**<br><br>**VOLUNTARY DISMISSAL OF ACTION [FED.R.CIV.P. 41(a)(1)]**<br><br>**[FILED VIA E-FILING]** |

Baker & McKenzie LLP
Two Embarcadero Center
24th Floor
San Francisco, CA  94111
415 576 3000

SFODMS/6502619.1

Case No C-06-02296 MHP
VOLUNTARY DISMISSAL OF ACTION

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1),
2  Plaintiff Sun Valley Floral Farms, LLC ("Sun Valley") hereby voluntarily dismisses its Complaint
3  against Defendants Enno Oudshoorn, Midipro, a French Limited Liability Company and Does 1-10,
4  inclusive ("Defendants"), with prejudice.  This action is therefore dismissed in its entirety, with all
5  parties to bear their own costs.

Dated:  September 20, 2006                    **BAKER & McKENZIE LLP**
                                              Bruce H. Jackson
                                              Christopher Van Gundy
                                              Syma Ahmad


                                              By:    /s/
                                                 Christopher Van Gundy
                                              Attorneys for Plaintiff
                                              SUN VALLEY FLORAL FARMS, LLC

September 22, 2006

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Baker & McKenzie LLP
Two Embarcadero Center
24th Floor
San Francisco, CA  94111
415 576 3000

SFODMS/6502619.1

1

Case No C-06-02296 MHP
VOLUNTARY DISMISSAL OF ACTION